IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01963-RPM-KMT

CAPITOL RECORDS, INC., a Delaware corporation;
WARNER BROS. RECORDS INC., a Delaware corporation;
UMG RECORDINGS, INC., a Delaware corporation; and
FONOVISA, INC., a California corporation,

    Plaintiffs,

v.

SONYA PRENDIS,

    Defendant.

___

## ORDER OF DISMISSAL

___

    Pursuant to the Joint Stipulation of Dismissal [22] filed on February 20, 2008, it is

    ORDERED that this case is dismissed without prejudice, with all parties to bear their own costs, expenses, and attorney fees.

    Dated: February 21, 2008

                  BY THE COURT:

                  s/Richard P. Matsch
                  _____
                  Richard P. Matsch, Senior District Judge